Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Florence Schafer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE SCHAFER,<br>        Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>        Defendant. | Case No.:  2:21-cv-09617-MAA<br><br>[PROPOSED] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND FOUR HUNDRED DOLLARS** ($3,400.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 24, 2023

_____
HON. MARIA AUDERO
United States Magistrate Judge